# Court of Appeals
# of the State of Georgia

ATLANTA,  September 01, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0019. IN THE INTEREST OF: M.F., CHILD (MOTHER) v. SUE POPHAM et al.**

Cynthia Franco, mother of M. F. seeks a discretionary appeal from an order granting Sue Popham's petition for permanent guardianship of M. F., her grandchild. However, this appeal does not fall within those classes of cases listed in OCGA § 5-6-35 (a) requiring a discretionary application. In this regard, guardianship proceedings are not domestic relations cases subject to OCGA § 5-6-35 (a) (2). See *In the Interest of E. P. M.*, 189 Ga. App. 770, 770 (377 SE2d 535) (1989).

Instead, the trial court's order is directly appealable under OCGA § 5-6-34 (a) (11), which allows direct appeals to be taken from "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody." See *In the Interest of A. R.*, 309 Ga. App. 844, 845 (711 SE2d 402) (2011) (guardianship is equated with custody); *In the Interest of E. P. M.*, supra at 770. Moreover, Franco's application is timely from the trial court's order granting the petition for permanent guardianship. See OCGA § 5-6-34 (a) (11); id. § 5-6-38 (a) (an appeal must be filed within 30 days of entry of the trial court's order). Therefore, the application is GRANTED pursuant to OCGA § 5-6-35 (j).

Franco shall have ten days from the date of this order to file her notice of appeal. The clerk of the juvenile court is directed to include a copy of this order in the record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____ 09/01/2016 _____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*